Elizabeth E. CRAVENS, Petitioner, v. COM-
MISSIONER OF INTERNAL REVENUE.
No. 9445.

Circuit Court of Appeals, Eighth Circuit.
Sept. 1, 1932.

Fadjo Cravens, of Ft. Smith, Ark., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Maxwell M. Mahany, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Order of Board of Tax Appeals affirmed, and petition to review dismissed on stipulation of parties that cause abide decision in No. 9441, Mont S. Echols v. Commissioner of Internal Revenue, 61 F.(2d) 191, in which opinion was filed on August 20, 1932.

CRESCENT LIGHTERAGE COMPANY, Owner of THE Barge MAE E., Libelant-Appellee, v. THE Steam Tug MARY MESECK, Meseck Towing Line, and THE McALLISTER NO. 94, Claimant-Appellant.
No. 20.

Circuit Court of Appeals, Second Circuit.
Oct. 17, 1932.

Foley & Martin, of New York City (James A. Martin, of New York City, of counsel), for appellant.

William F. Purdy, of New York City (William F. Purdy and John E. Purdy, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree affirmed.

Pat DAVIS and Leonard Davis, Appellants, v.
UNITED STATES, Appellee.
No. 3374.

Circuit Court of Appeals, Fourth Circuit.
Oct. 3, 1932.

P. W. Glidewell, of Reidsville, N. C., and Whittle & Whittle, of Martinsville, Va., for appellants.

J. R. McCrary, U. S. Atty., of Greensboro, N. C., and Thos. C. Carter, Asst. U. S. Atty., of Burlington, N. C.

PER CURIAM.

Judgment of District Court affirmed.

Frank DE ANGELIS, Appellant, v. A. C. ADERHOLD, Warden of the United States Penitentiary, at Atlanta, Georgia, Appellee.
No. 6539.

Circuit Court of Appeals, Fifth Circuit.
Oct. 15, 1932.

Frank De Angelis, in pro. per.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.